Joe ELROD, Appellant,

v.

CITY OF INDEPENDENCE, Respondent.

No. WD 47354.

Missouri Court of Appeals,
Western District.

Oct. 5, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 30, 1993.

Appeal from the Circuit Court, Jackson County; Hon. John I. Moran, Judge.

Michael J. Englert, Independence, for appellant.

John M. Edgar, Kansas City, for respondent.

Before SPINDEN, P.J., and FENNER and HANNA, JJ.

### ORDER

PER CURIAM.

Appeal from order of trial court dismissing Petition for Declaratory Judgment and Injunction.

Judgment affirmed. Rule 84.16(b).